Certificate Number: 05781-MIE-DE-041268649

Bankruptcy Case Number: 26-47956


05781-MIE-DE-041268649

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2026, at 2:54 o'clock PM PDT, Patricia Godwin completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date:  July 30, 2026                          By:      /s/Allison M Geving

                                             Name:  Allison M Geving

                                             Title:  President